TIMOTHY S. MENTER, ESQ.
Nevada Bar No. 7091
**MENTER & WITKIN**
19900 MacArthur Blvd., Suite 800
Irvine, California 92612
Tel:   949-250-9000
Fax:   949-250-9045
Email: tmenter@menterwitkinlaw.com

GLENN F. MEIER, ESQ.
Nevada Bar No. 6059
**MEIER & FINE**
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Tel:   702-666-1656
Fax:   702-673-1001
Email: gmeier@nvbusinesslawyers.com

Attorneys for Plaintiff
Panelized Structures, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PANELIZED STRUCTURES, INC. | CASE NO.: 2:12-cv-01347-GMN-GWF |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING PANELIZED STRUCTURES, INC.'S MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS |
| LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS AND DOES 1-20 INCLUSIVE | |
| Defendants. | |

The papers and pleadings filed herein concerning the Motion to Enlarge Time for Service of Process having been reviewed by the Court and good cause appearing therefore,

///

///

///

///

[PROPOSED] ORDER ON PLAINTIFF PANELIZED STRUCTURES, INC.'S MOTION TO ENLARGE TIME FOR SERVICE

1

1  IT IS HEREBY ORDERED that the Ex Parte Motion to Enlarge Time for Service Process
2  through and including January 25, 2013 is granted.

3
4  Dated: November 26, 2012
5
   */s/ George Foley Jr.*
   GEORGE FOLEY, JR.
   United States Magistrate Judge

6  Respectfully submitted by:
7  MENTER & WITKIN
8  _____
9  TIMOTHY S. MENTER, ESQ.
   Nevada Bar No. 7091
10 Attorneys for Plaintiff

[PROPOSED] ORDER ON PLAINTIFF PANELIZED STRUCTURES, INC.'S MOTION TO ENLARGE
TIME FOR SERVICE
2