# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PANELIZED STRUCTURES, INC., ) | Case No.  2:12-cv-01347-GMN-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| LIBERTY SURPLUS INSURANCE ) CORPORATION and LIBERTY ) INTERNATIONAL UNDERWRITERS, ) | |
| Defendants. ) | |

This matter is before the Court on the Notice of Settlement (#11) filed on January 25, 2013. The parties advised the Court that a settlement would be finalized and a dismissal without prejudice of the entire action would be filed with the court on or before February 8, 2013.  To date the parties have not filed dismissal papers.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **March 18, 2013** advising the Court of the status of the settlement.

DATED this 8th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge